| | |
|---|---|
| 1 | KEVIN MAHONEY, ESQ. (SBN: 235367) |
| 2 | kmahoney@mahoney-law.net |
|  | KATHERINE J. ODENBREIT, ESQ. (SBN: 184619) |
| 3 | kodenbreit@mahoney-law.net |
| 4 | ALEXANDER PEREZ, ESQ. (SBN: 304675) |
|  | aperez@mahoney-law.net |
| 5 | **MAHONEY LAW GROUP, APC** |
| 6 | 249 E. Ocean Boulevard, Suite 814 |
|  | Long Beach, CA 90802 |
| 7 | Telephone No.: (562) 590-5550 |
| 8 | Facsimile No.:(562) 590-8400 |

Attorneys for Plaintiff GREGORIO SANCHEZ, as an individual, and on behalf of all similarly situated employees,

MARIA Z. STERNS (SBN: 230649)
mstearns@rutan.com
PETER HERING (SBN: 298427)
phering@rutan.com
**RUTAN & TUCKER, LLP**
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626
Telephone:   (714) 641-5100
Facsimile:    (714) 546-9035

Attorneys for Defendant ADVANCE INDUSTRIAL SERVICES, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORIO SANCHEZ, as an individual, and on behalf of all similarly situated employees,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED INDUSTRIAL SERVICES, INC. and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 1:19−cv−00718−LJO−JLT<br><br>**STIPULATION RE DEADLINE TO FILE MOTION TO REMAND; [PROPOSED] ORDER**<br><br>(Doc. 7) |

1

STIPULATION RE DEADLINE TO FILE MOTION TO REMAND;
[PROPOSED] ORDER

This stipulation is entered into between Plaintiff GREGORIO SANCHEZ ("Plaintiff") and ADVANCED INDUSTRIAL SERVICES, Inc. ("Defendant") (collectively, the "Parties"), based upon the following facts:

WHEREAS, Defendant removed this action to federal court on May 22, 2019;

WHEREAS, Plaintiff's deadline to file a motion to remand is June 21, 2019;

WHEREAS, the Parties have agreed that Plaintiff will have a 14-day extension to file a motion to remand to allow the Parties additional time to meet and confer regarding Plaintiff's motion, and Plaintiff's motion to file a motion to remand will be continued from June 21, 2019 to July 05, 2019.

THEREFORE, based on the foregoing, the Parties, by and through their counsel of record and subject to this Court's approval, hereby stipulate and agree as follows:

1. Plaintiff will have a 14-day extension to file a motion to remand, and Plaintiff's deadline to file a motion to remand will be continued from June 21, 2019 to July 05, 2019.

IT IS SO STIPULATED.

Dated: June 24, 2019            **MAHONEY LAW GROUP, APC**

*/s/ Alexander Perez*
Kevin Mahoney, Esq.
Katherine J. Odenbreit, Esq.
Alexander Perez, Esq.
Attorneys for Plaintiff GREGORIO SANCHEZ and on behalf of all employees similarly situated

Dated: June 24, 2019            **Rutan & Tucker, LLP**

*/s/ Peter Hering*
Peter Hering, Esq.
Maria Z. Stearns, Esq.
Attorneys for Defendant Advanced Industrial Services, Inc.

# [~~PROPOSED~~] ORDER

The stipulation of the Parties having been read and considered, and good cause appearing, the Court hereby ORDERS as follows:

1. Plaintiff's deadline to file a motion to remand is continued from June 21, 2019 to July 05, 2019. **In granting this stipulation, the Court makes no finding or comment whether this stipulation and order is effective for purposes of determining timeliness as set forth in 28 USC § 1447(c).**

IT IS SO ORDERED.

Dated: __**June 24, 2019**__  __**/s/ Jennifer L. Thurston**__
UNITED STATES MAGISTRATE JUDGE

-1-
CERTIFICATE OF SERVICE