KEVIN MAHONEY, ESQ. (SBN: 235367)
kmahoney@mahoney-law.net
KATHERINE J. ODENBREIT, ESQ. (SBN: 184619)
kodenbreit@mahoney-law.net
ALEXANDER PEREZ, ESQ. (SBN: 304675)
aperez@mahoney-law.net
**MAHONEY LAW GROUP, APC**
249 E. Ocean Boulevard, Suite 814
Long Beach, CA 90802
Telephone No.: (562) 590-5550
Facsimile No.:(562) 590-8400

Attorneys for Plaintiff GREGORIO SANCHEZ, as an individual, and on behalf of all similarly situated employees,

MARIA Z. STERNS (SBN: 230649)
mstearns@rutan.com
PETER HERING (SBN: 298427)
phering@rutan.com
**RUTAN & TUCKER, LLP**
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626
Telephone:   (714) 641-5100
Facsimile:   (714) 546-9035

Attorneys for Defendant ADVANCED INDUSTRIAL SERVICES, INC.,

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORIO SANCHEZ, as an individual, and on behalf of all similarly situated employees,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED INDUSTRIAL SERVICES, INC. and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 1:19−cv−00718−LJO−JLT<br><br>**STIPULATION RE DEADLINE TO FILE MOTION TO DISMISS; ORDER**<br><br>Complaint Filed: March 25, 2019 |

1
STIPULATION RE DEADLINE TO FILE MOTION TO DISMISS; ORDER

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Gregorio Sanchez and Defendant ADVANCED INDUSTRIAL SERVICES, INC., (collectively "Parties") stipulate and respectfully request that this Court continue the hearing on Defendant's motion to dismiss by approximately forty-five (45) days to allow the Parties to continue engaging in their active settlement discussions. The Parties propose the following deadlines:

| Event or Deadline | Current Date | Proposed Date & Time |
|---|---|---|
| Plaintiff's Opposition to Motion to Dismiss. | July 10, 2019 | August 19, 2019 |
| Defendant's Reply to Plaintiff's Opposition to Motion to Dismiss. | July 17, 2019 | September 2, 2019 |
| Hearing on Motion to Dismiss | July 24, 2019 at 8:30 am. | September 9, 2019 at 8:30 am or as the Court deems appropriate. |

## **RECITALS**

A. WHEREAS, Defendant removed this action to federal court on May 22, 2019;

B. WHEREAS, Defendant filed its motion to dismiss on June 26, 2019;

C. WHEREAS, the Court set a hearing date for Defendant's motion to dismiss on July 24, 2019;

D. WHEREAS, Plaintiff's deadline to file an opposition to Defendant's motion to dismiss is July 10, 2019;

E. WHEREAS, the Parties stipulate and agree to continue the hearing date on Defendant's motion to dismiss by approximately forty-five (45) days to allow the Parties additional time to continue to engage in settlement discussions;

/ / /

/ / /

2
STIPULATION RE DEADLINE TO FILE MOTION TO DISMISS; ORDER

F. WHEREAS, the Parties stipulate and agree that Plaintiffs opposition to Defendant's motion to dismiss is due twenty-one (21) calendar days before the hearing on Defendant's motion to dismiss;

G. WHEREAS, the Parties stipulate and agree that Defendant's reply to Plaintiffs opposition to Defendant's motion to dismiss is due seven (7) calendar days before the hearing on Defendant's motion to dismiss;

H. WHEREAS, should the settlement discussions be unsuccessful in fully resolving this matter, Defendant has agreed to stipulate to Plaintiff filing a First Amended Complaint adding a claim under Labor Code Section 1102.5;

I. WHEREAS, Plaintiff has agreed to dismiss his class allegations without prejudice to pursue his individual claims only; and

J. WHEREAS, Plaintiff's counsel will submit a separate request to dismiss his class allegations without prejudice and a declaration in support of such request;

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, AS FOLLOWS:**

1. The Parties hereby stipulate to continue the hearing on Defendant's motion to dismiss currently set for July 24, 2019 to September 9, 2019 at 08:30 a.m., or another date and time that the Court deems appropriate;

2. The Parties further stipulate to continue the deadline for Plaintiff's opposition to Defendant's motion to dismiss currently set for July 10, 2019 to August 19, 2019, or another date that the Court deems appropriate;

3. The Parties further stipulate to continue the deadline for Defendant's reply to Defendant's motion to dismiss currently set for July 17, 2019 to September 2, 2019, or another date that the Court deems appropriate; and

4. The Parties further stipulate that no prejudice will result to any party if the hearing date and related deadlines are continued.

///

| | | |
|---|---|---|
| 1 | **IT IS SO STIPULATED.** | |
| 2 | | |
| 3 | Dated: July 10, 2019 | **MAHONEY LAW GROUP, APC** |
| 4 | | |
| 5 | | */s/ Alexander Perez* |
| 6 | | Kevin Mahoney, Esq. |
| 7 | | Katherine J. Odenbreit, Esq. |
| | | Alexander Perez, Esq. |
| 8 | | Attorneys for Plaintiff GREGORIO |
| 9 | | SANCHEZ and on behalf of all employees similarly situated |
| 10 | | |
| 11 | Dated: July 10, 2019 | **Rutan & Tucker, LLP** |
| 12 | | |
| 13 | | */s/ Peter Hering* |
| 14 | | Peter Hering, Esq. |
| 15 | | Maria Z. Stearns, Esq. |
| 16 | | Attorneys for Defendant Advanced Industrial Services, Inc. |

# **ORDER**

The stipulation of the Parties having been read and considered, and good cause appearing, the Court hereby ORDERS as follows:

| **Event or Deadline** | **Current Date** | **New Date & Time** |
|---|---|---|
| Plaintiff's Opposition to Motion to Dismiss is due. | July 10, 2019 | August 19, 2019 |
| Defendant's Reply to Plaintiff's Opposition to Motion to Dismiss is due. | July 17, 2019 | September 2, 2019 |
| Hearing on Defendant's Motion to Dismiss is set for. | July 24, 2019 at 8:30 am. | September 9, 2019 at 8:30 am |

IT IS SO ORDERED.

Dated: **July 10, 2019**         **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE