# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORIO SANCHEZ, | Case No.: 1:19-cv-0718 LJO JLT |
| Plaintiffs, | ORDER AFTER NOTICE OF SETTLEMENT |
| v. | (Doc. 13) |
| ADVANCED INDUSTRIAL SERVICES, INC., | |
| Defendant. | |

On August 22, 2019, Plaintiff notified the Court that the parties have settled the action. (Doc. 13) Plaintiff believes the parties "will enter into and complete the terms of the settlement agreement and file a request for dismissal within ninety (90) days." (*Id.* at 2) Thus, the Court **ORDERS**:

1. The parties **SHALL** file a stipulation to dismiss **no later than November 20, 2019**; and
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated: **August 25, 2019**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE