KEVIN MAHONEY, ESQ. (SBN: 235367)
kmahoney@mahoney-law.net
KATHERINE J. ODENBREIT, ESQ. (SBN: 184619)
kodenbreit@mahoney-law.net
ALEXANDER PEREZ, ESQ. (SBN: 304675)
aperez@mahoney-law.net
**MAHONEY LAW GROUP, APC**
249 E. Ocean Boulevard, Suite 814
Long Beach, CA 90802
Telephone No.: (562) 590-5550
Facsimile No.:(562) 590-8400

Attorneys for Plaintiff GREGORIO SANCHEZ, as an individual, and on behalf of all similarly situated employees,

MARIA Z. STERNS (SBN: 230649)
mstearns@rutan.com
PETER HERING (SBN: 298427)
phering@rutan.com
**RUTAN & TUCKER, LLP**
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626
Telephone:   (714) 641-5100
Facsimile:   (714) 546-9035

Attorneys for Defendant ADVANCED INDUSTRIAL SERVICES, INC.,

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORIO SANCHEZ, as an individual, and on behalf of all similarly situated employees,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED INDUSTRIAL SERVICES, INC. and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 1:19−cv−00718−LJO−JLT<br><br>**JOINT STIPULATION SEEKING AN ORDER (1) DISMISSING PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE AND (2) DISMISSING PLAINTIFF'S CLASS CLAIMS WITHOUT PREJUDICE; [~~PROPOSED~~] ORDER**<br><br>(Doc. 15) |

1
JOINT STIPULATION SEEKING AN ORDER (1) DISMISSING PLAINTIFF'S
INDIVIDUAL CLAIMS WITH PREJUDICE AND (2) DISMISSING PLAINTIFF'S
CLASS CLAIMS WITHOUT PREJUDICE; [PROPOSED ORDER]

1. Plaintiff GREGORIO SANCHEZ (referred herein as "Plaintiff") and Defendant ADVANCED INDUSTRIAL SERVICES, INC. (referred herein as (Defendant") (Plaintiff and Defendant are jointly referred herein as the "Parties"), by and through their attorneys of record herein, submit the following Joint Stipulation for an Order (1) Dismissing Plaintiff's Individual Claims With Prejudice, and (2) Dismissing Plaintiff's Class Claims Without Prejudice.

2. On March 25, 2019, Plaintiff filed a Class Action Complaint in the Kern County Superior Court, Case No. BCV-19-100819, alleging various wage-and-hour claims (the "Complaint"). Defendant denies all of Plaintiff's claims.

3. On May 22, 2019, Defendant removed the case to Federal District Court for the Eastern District of California, Case No. 1:19-cv-00718-LJO-JLT.

4. On June 26, 2019, Defendant filed a motion to dismiss the claims asserted in the Complaint arguing that the claims are preempted under the Federal Labor Management Relations Act (the "Motion").

5. On July 10, 2019, the Parties entered into a stipulation to extend Plaintiff's deadline to oppose Defendant's Motion. As part of the stipulation, Plaintiff agreed to dismiss his class allegations without prejudice and pursue his individual claims only.

6. On August 16, 2019, the Parties reached a settlement in principle to resolve Plaintiff's individual claims, with prejudice, with a dismissal of the class claims without prejudice. The parties have now finalized their settlement.

7. Plaintiff has agreed to dismiss his individual claims against Defendant, for consideration, with prejudice.

8. No payment is being made in connection with the settlement as consideration for the dismissal of the class claims.

/ / /

/ / /

9. No notice need be provided to the putative class, as no class action has been certified, there have been no published or court-ordered communications with the class, and no prejudice results from the dismissal of the class claims.

10. The filer attests on the signature page of this document that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**BASED ON THESE FACTS, the Parties stipulate as follows:**

1. Plaintiff's individual claims shall be dismissed <u>with prejudice</u>;
2. Plaintiff's class claims shall be dismissed <u>without prejudice</u>;

**IT IS SO STIPULATED**.

Dated: October 29, 2019  **MAHONEY LAW GROUP, APC**

*/s/ Alexander Perez*
Kevin Mahoney, Esq.
Katherine J. Odenbreit, Esq.
Alexander Perez, Esq.
Attorneys for Plaintiff GREGORIO SANCHEZ and on behalf of all employees similarly situated

Dated: October 29, 2019  **Rutan & Tucker, LLP**

*/s/ Peter Hering*
Peter Hering, Esq.
Maria Z. Stearns, Esq.
Attorneys for Defendant Advanced Industrial Services, Inc.

# [~~PROPOSED~~] ORDER

The parties have settled their case and have stipulated to the action being dismissed with prejudice as to the individual claims and without prejudice to the class. (Doc. 15) Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Because all parties who have appeared in the action signed the stipulation, it "automatically terminate[d] the action." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **October 29, 2019**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE